UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MADISON,<br><br>    Plaintiff,<br><br>v.<br><br>AUTOZONE DISTRIBUTION CENTER, et al.,<br><br>    Defendants. | Case No. 5:18-cv-1374 PA (SSx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br><br>Hon. Percy Anderson |

    Pursuant to the stipulation of the parties, the action is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. All parties shall bear their own attorneys' fees and costs.

    IT IS SO ORDERED.

Dated: October 12, 2018

_____
United States District Judge

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA 94104.4828
415.433.1414